# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RAUL DURAN GUTIERREZ,

     Petitioner,

v.

TODD M. LYONS; Acting Director of Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, Field Office Director of Immigration and Customs Enforcement and Removal Operations, El Paso Field Office; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General; and GEORGE DEDOS, Torrance County Detention Center,

     Respondents.

Case No. 1:26-cv-01468-MIS-GBW

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Raul Duran Gutierrez and against Respondents Todd M. Lyons, Mary De Anda-Ybarra, Markwayne Mullin, Todd Blanche, George Dedos.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE